1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9  YOUNG YIL JO,                              CASE NO. 1:12-cv-01501-LJO-MJS PC

10              Plaintiff,                     ORDER DISMISSING ACTION, WITH
                                              PREJUDICE, FOR FAILURE TO STATE A
11       v.                                   CLAIM

12  SIX UNKNOWN NAMES AGENTS, et al.,         (ECF No. 1)

13              Defendants.

14  _____/

15          Plaintiff Young Yil Jo is a federal prisoner currently housed at the Airpark Unit Correctional

16  Center in Big Spring, Texas.  To date, Plaintiff has filed approximately one-hundred eighty civil

17  cases in this district.[1]  The complaint in this action is rambling and incoherent, and fails to state any

18  cognizable claims under federal law.  Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009); Bell Atlantic

19  Corp. v. Twombly,  550 U.S. 544, 555, 127 S. Ct. 1955, 1965 (2007).  Given this litigant's abusive

20  filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend

21  is not warranted.  Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

22          Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITH PREJUDICE.

23
24
25
26

27                              IT IS SO ORDERED.

28  _____

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

Dated:   September 27, 2012            /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE